U.S. DISTRICT COURT OF MIDDLE Florida
OFFICE OF THE Clerk
401 W. central BLVD #1200 Orlando Florida 32801
February 7, 2022

Andrew SuH
A petitioner

U.
DEPT OF JUSTICE
Respondent

under 42 USC 1983
a civil rights ACTION
own Solely

a complaint by Federal OR
the Law of the State For Injury

2022 FEB -7 PM 3:4...
FILED

Tax payer   Damage OR no discrimination by Jury
a writ of attachment, garnishment an ownership amount
of damage is $ ~~Ten millions dollars~~ , I am injured To
                        Reduce To Five millions dollars
Redress required

a claim by Andrew SuH     a pro se required

Reason by no enhancement SenTence OR no unusual
                punishments
                        name: Andrew SuH

~~for~~ amended, ~~a~~ relief        Address: B-~~750~~ 72067
Forthwith                           2600 N. Brinton AVE
                                    Dixon, iL 61021
Date: February 7, 2022
addition, Teaching

A notice of Appeal

u.s. DISTRICT COURT For the
~~Central~~ Middle DISTRICT OF ~~California~~, Florida
February 7, 2022

Andrew SUH
A petitioner

A notice of appeal

v.

DEPT OF JUSTICE
Respondent

Docket no.

writ of certiorari
a use
equitable ownership
appropriated
Immediately
within Ten days
The last day For Filing
~~double cost~~
Continue. Primary,
   Facts. Parties. Condon
      Date : February 7, 2022
addition, Teaching

notice :     a party : Andrew SUH

Date :

name : Andrew SUH

Address : B 72067
2600 N. Brinton AVE
Dixon, iL 61021